E-FILED
Friday, 08 June, 2018  03:59:54 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA



FILED
JUN 0 8 2018
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 18-10030 |
| JOSHUA C. KING, ) | VIO: Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(1)(A) |
| Defendant. ) | |

**INFORMATION**
(Unlawful Importation of Wildlife)

THE UNITED STATES ATTORNEY CHARGES:

On or about June 12, 2017, in Tazewell County, in the Central District of Illinois, the defendant,

**JOSHUA C. KING,**

did knowingly import wildlife, that is, a water monitor lizard, knowing that said wildlife was transported and sold in violation of and in a manner unlawful under the laws and regulations of the United States, specifically, Title 16, United States Code, Section 1538(c) (regulating importation of animals protected by the Endangered Species Act),

All in violation of Title 16, United States Code, Sections 3372(a)(1) and 3373(d)(1)(A).

## FORFEITURE NOTICE

The allegations contained in this Information are hereby realleged and incorporated herein as if set forth in full.

The defendant,

## JOSHUA C. KING,

is hereby notified that the government will seek the forfeiture of property, upon conviction of any of the offense in violation of the Lacey Act, 16 U.S.C. Section 3371 *et seq.*, including conspiracy to violate such Act, set forth in Count 1, in accordance with the applicable provisions of Title 16, United States Code, Section 3374(a), and Title 28, United States Code, Section 2461(c). The property to be forfeited includes, but is not limited to the following: one (1) live water monitor lizard, seized on or about June 15, 2017; five (5) deceased water monitor lizards; and any and all related shipping materials and contents from shipment of the water monitor lizards.

UNITED STATES OF AMERICA

JOHN E. CHILDRESS
*UNITED STATES ATTORNEY*


By: /s/ Katherine Legge
Katherine G. Legge
Assistant United States Attorney
One Technology Plaza
211 Fulton Street, Suite 400
Peoria, Illinois 61602
Telephone: 309/671-7050