CD/IL PS 8
(02/17)

## United States District Court
## For
## CENTRAL DISTRICT OF ILLINOIS

U.S.A. vs. Joshua C. King                                    Docket No. 18CR10030-1

s/Address Redacted
Washington, Illinois, 61571

### Petition for Action on Conditions of Pretrial Release

COMES NOW U.S. PROBATION OFFICER Kelly McConkey presenting an official report upon the conduct of defendant Joshua C. King, who was placed under pretrial release supervision by the Honorable Joe B. McDade, sitting in the court at Peoria, Illinois, on the 18th of July, 2018, under the following conditions: (1) the defendant must not violate any federal, state, or local law while on release, (2) the defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a; (3) the defendant must immediately advise the Court, defense counsel, and the U.S. Attorney in writing before any change in address or telephone number; and (4) the defendant must appear in court as required and must surrender to serve any sentence imposed. It is further ordered that the defendant be released under the following additional conditions:

(7)(a) submit to supervision by and report for supervision to the U.S. Probation Office, Central District of Illinois telephone number 309-671-7031, no later than 9:00 am on July 19, 2018.
(7)(b) continue or actively seek employment
(7)(m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a license medical practitioner.
(7)(n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
(7)(o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
(7)(t) the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

On July 18, 2018, defendant King pleaded guilty to the offense of Unlawful Importation of Wildlife in violation of 16 U.S.C. § 3372(a)(1) and 3373(d)(1)(A).

On January 14, 2019, a Release Status Report was submitted to the Court to report defendant King's violations of cannabis use, failure to comply with treatment, and failure to submit to supervision by the U.S. Probation Office while on bond.

On January 14, 2019, U.S. District Judge Joe B. McDade sentenced defendant King to 12 months and one day custody, followed by 2 years supervised release. Defendant King was ordered to surrender for service of sentence at the institution designated by the Bureau of Prisons on March 26, 2019.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

On about February 18, 2019, defendant King possessed and used marijuana as evidence by Alere Toxicology Services, Gretna, LA. During and office visit with U.S. Probation Officer (USPO) Kelly McConkey on February 22, 2019, defendant King denied consuming any illicit substances.

On about February 28, 2019, defendant King possessed and used marijuana as evidence by Alere Toxicology Services, Gretna, LA.

On March 7, 2019, offender King failed to report for his random drug test at Human Service Center, Peoria, Illinois, as directed.

On March 15, 2019, offender King failed to report in person to the U.S. Probation Office, Peoria, Illinois, as directed.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for the defendant to be brought before the Court to show cause why his bond should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 20, 2019

s/ Kelly McConkey

Kelly McConkey
U.S. Probation Officer

---

**THE COURT ORDERS:**

[X] Prayer of Petition allowed. Let ~~Summons~~/Warrant issue.
[ ] Prayer of Petition denied.
[ ] Other:

Considered and ordered this 20th day of March, 2019, and ordered filed and made a part of the records in the above case.

s/Joe B. McDade

HONORABLE Joe B. McDade
U.S. District Judge