IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v

JOSHUA C. KING,
    Defendant.

Case Number: 1:18CR10030

### ORDER OF DETENTION

The Defendant appeared before this Court on Thursday, March 21, 2019, after the filing of a petition to revoke the Defendant's pretrial release. The Government moved for detention of the Defendant pursuant to 18 U.S.C. § 3148.

Defendant, through counsel, indicated to the Court that the Defendant waived the right to a detention hearing and agrees to voluntarily surrender the bond, thereby consenting to detention. The Court therefore makes no findings regarding whether the Defendant did or did not violate the conditions of pretrial release, but, pursuant to the voluntary waiver, orders that the Defendant be DETAINED pending his transfer to serve his sentence previously imposed. In light of this waiver, the government withdrew its petition to revoke the Defendant's bond.

The Defendant is remanded into the custody of the United States Marshal.

Entered on March 21, 2019

s/Jonathan E. Hawley
U.S. MAGISTRATE JUDGE