Clerk of the Court,    18-10030

May I please have copies of my Judgement and Commitment, along with my Docket Sheet? I just got to prison, and am doing legal work. In order to continue in my legal process I need these forms. My name is Joshua King #22528-026 and I was sentenced in January of this year.

Thank you,

[signature]

SAINT LOUIS MO 630
22 APR 2019 PM 5 L

Joshua King 22598-026
PO Box 5000
Greenville, IL 62246
Federal Correction Institute

Attn: Office of the Clerk
100 N.E. Monroe St. Rm 305
Peoria, IL 61602

61602-105799